UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZOFRAN (ONDANSETRON) PRODUCTS
LIABILITY LITIGATION                                              MDL No. 2657

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On October 13, 2015, the Panel transferred 10 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable F. Dennis Saylor.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saylor.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 13, 2015, and, with the consent of that court, assigned to the Honorable F. Dennis Saylor.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 23, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ZOFRAN (ONDANSETRON) PRODUCTS
LIABILITY LITIGATION                                              MDL No. 2657

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 1 | 15-01458 | Garner v. GlaxoSmithKline LLC |
| ALN | 2 | 15-01166 | Laird et al v. GlaxoSmithKline LLC |
| ALN | 2 | 15-01233 | Smiley v. GlaxoSmithKline LLC |
| ALN | 2 | 15-01552 | Legg et al v. GlaxoSmithKline LLC et al |
| ALN | 2 | 15-01638 | Folsom et al v. GlaxoSmithKline LLC |
| ALN | 5 | 15-01182 | Hogan et al v. GlaxoSmithKline LLC |
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 15-00503 | Wiggins v. GlaxoSmithKline, LLC |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 15-05544 | Melisa Arellanes v. GlaxoSmithKline LLC |
| CAC | 5 | 15-01780 | Maria Aboites v. GlaxoSmithKline, LLC et al |
| CAC | 8 | 15-01552 | Vanessa Birt v. GlaxoSmithKline LLC |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 15-03130 | Green et al v. GlaxoSmithKline LLC et al |
| CAN | 3 | 15-03722 | Mckeown v. GlaxoSmithKline LLC et al |
| CAN | 3 | 15-03846 | Tope v. GlaxoSmithKline LLC et al |
| CAN | 3 | 15-04322 | Dalrymple v. GlaxoSmithKline LLC et al |
| CAN | 3 | 15-04474 | Katherine Murray et al v. GlaxoSmithKline LLC |
| CAN | 5 | 15-04455 | Rodriguez et al v. GlaxoSmithKline LLC |
| **DELAWARE** | | | |
| DE | 1 | 15-00637 | Hill et al v. GlaxoSmithKline, LLC |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 15-22563 | Allen et al v. GlaxoSmithKline LLC |

IDAHO

| ID | 1 | 15−00319 | Echols et al v. GlaxoSmithKline LLC et al |

ILLINOIS SOUTHERN

| ILS | 3 | 15−00769 | Hodge v. GlaxoSmithKline LLC |
| ILS | 3 | 15−00787 | Bircher et al v. GlaxoSmithKline LLC |
| ILS | 3 | 15−00902 | Forbes v. GlaxoSmithKline LLC |

KENTUCKY EASTERN

| KYE | 6 | 15−00173 | Easterly et al v. GlaxoSmithKline LLC et al |
| ~~KYE~~ | ~~7~~ | ~~15−00084~~ | ~~Bostic et al v. GlaxoSmithKline LLC et al~~   Opposed 10/21/15 |

LOUISIANA EASTERN

| LAE | 2 | 15−04399 | Huffmaster v. GlaxoSmithKline LLC |

LOUISIANA MIDDLE

| LAM | 3 | 15−00637 | Freeman et al v. GlaxoSmithKline, LLC |

LOUISIANA WESTERN

| LAW | 5 | 15−02090 | Murphrey et al v. GlaxoSmithKline L L C |

MISSISSIPPI SOUTHERN

| MSS | 1 | 15−00223 | Lang et al v. Glaxosmithkline, LLC |
| MSS | 5 | 15−00070 | Turnage et al v. Glaxosmithkline, LLC et al |

MISSOURI EASTERN

| MOE | 4 | 15−01397 | Simmons et al v. GlaxoSmithKline LLC |

NEW JERSEY

| NJ | 2 | 15−07134 | BLUMENTHAL v. GLENMARK GENERICS INC., USA et al |

NEW YORK SOUTHERN

| NYS | 1 | 15−05326 | Fratto et al v. Glaxosmithkline LLC |

NORTH DAKOTA

| ND | 1 | 15−00102 | Kutzer et al v. GlaxoSmithKline, LLC |

OHIO NORTHERN

| OHN | 1 | 15−01435 | Trivisonno et al v. GlaxoSmithKline LLC |
| OHN | 1 | 15−01436 | Gruhn v. GlaxoSmithKline LLC |

| | | | |
|---|---|---|---|
| OHN | 5 | 15-01411 | Roberts v. GlaxoSmithKline LLC |

OREGON

| | | | |
|---|---|---|---|
| OR | 1 | 15-01734 | Knouff et al v. GlaxoSmithKline LLC |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~15-04911~~ | ~~SHANTAL et al v. GLAXOSMITHKLINE, LLC~~ |
| | | | Vacated   10/23/15 |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 15-00958 | Robinson v. GlaxoSmithKline, LLC |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 15-01911 | Rousey v. GlaxoSmithKline LLC et al |

I hereby certify on 10/23/15 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on 10/23/15
☐ original filed in my office on _____

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By: _Sherry J Jones_
Deputy Clerk